[No. 14005-9-III.   Division Three.   July 20, 1995.]

HARLEY LATTING, *Appellant*, v. KAISER ALUMINUM
AND CHEMICAL CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 90-2-02488-6, William Grant, J.,
entered May 10, 1994. *Affirmed* by unpublished opinion
per Sweeney, J., concurred in by Thompson, C.J., and
Schultheis, J.

[No. 16542-2-II.   Division Two.   July 24, 1995.]

BOBBIE JO WHITAKER, ET AL., *Appellants*, v. JEFF LEE
SCHWEIGERT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 92-2-00823-5, Paula Casey, J., entered
September 21, 1992. *Affirmed* by unpublished opinion per
Seinfeld, C.J., concurred in by Morgan and Wiggins, JJ.

[No. 17488-0-II.   Division Two.   July 24, 1995.]

RANDY LEE MILLINER, *Appellant*, v. THE STATE OF
WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-1-00639-1, J. Kelley Arnold, J., entered
September 2, 1993. *Reversed* by unpublished opinion per
Seinfeld, C.J., concurred in by Bridgewater and Wiggins,
JJ.